UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSUE PETIOTE,

Petitioner,

v.

CHRISTOPHER CHESTNUT,

Respondent.

No. 1:26-cv-03830-DAD-CKD (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING HABEAS RELIEF

(Doc. Nos. 10, 14)

Petitioner is a federal immigration detainee proceeding through with an amended petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On July 30, 2026, the magistrate judge issued findings and recommendations recommending that petitioner's *habeas* petition (Doc. No. 10-1) be granted and he be ordered released from custody. (Doc. No. 14.) Specifically, the magistrate judge concluded that petitioner's detention violates the Immigration and Nationality Act because the government unlawfully detained petitioner pursuant to 8 U.S.C. § 1225(b) when instead he is subject to discretionary detention pursuant to § 1226(a). (*Id.* at 4–5.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service. (*Id.* at 6.) On August 3, 2026, respondent filed objections to the pending findings and recommendations which are comprised of a single

sentence stating that respondent objects for the same reasons presented in its prior briefing. (Doc. No. 15.) These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons stated above,

1. The findings and recommendations filed on July 30, 2026 (Doc. No. 14), are ADOPTED IN FULL;
2. Petitioner's amended petition for writ of *habeas corpus* (Doc. No. 10-1) is GRANTED as follows:
   a. Respondent is ORDERED to immediately release petitioner Josue Petiote, A-File No. 246-334-226, from respondent's custody;
   b. Respondent is ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without written notice and a hearing before an immigration judge at which hearing the burden will be set in accordance 8 U.S.C. § 1226 (a) and its implementing regulations;
   c. Petitioner's request for attorneys' fees pursuant to 28 U.S.C. § 2412, the Equal Access to Justice Act, are DENIED without prejudice to renewal on a properly noticed and supported motion;
3. The Clerk of the Court is directed to serve the California City Immigration Processing Center with a copy of this order; and
4. The Clerk of the Court is also directed to enter judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated: **August 16, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE